DAVID R. ZARO (BAR NO. 124334)
E-Mail: dzaro@allenmatkins.com
MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

EDWARD G. FATES (BAR NO. 227809)
E-Mail: tfates@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158

Attorneys for Court-Appointed Receiver
KRISTA L. FREITAG

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN aka "MAX BERGMANN," PATRICK EARL WILLIAMS, <br><br> Defendants, and, <br><br> WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, JOHN ERIC FRANCOM, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION | Case No. <br><br> **NOTICE OF APPOINTMENT OF RECEIVER (28 U.S.C. § 754)** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC (CALIFORNIA ENTITY), HIDDEN SPRINGS HOLDINGS GROUP LLC, and ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY",<br><br>　　　　　Relief Defendants. |

7　　　　Pursuant to 28 U.S.C. section 754, receiver Krista L. Freitag, appointed by the
8　United States District Court for the Central District of California, Southern Division,
9　in the case entitled *SEC v. Integrated National Resources, Inc., et al.*, Case No.
10　8:23-cv-00855-JWH-(KES), hereby files true and correct copies of the following in
11　this district:

12　　　　Exhibit 1.　Complaint; and

13　　　　Exhibit 2.　Temporary Restraining Order and Orders: (1) Freezing Assets;
14　　　　　　　　　(2) Appointing a Temporary Receiver; (3) Requiring
15　　　　　　　　　Accountings; (4) Prohibiting the Destruction of Documents; and
16　　　　　　　　　(5) Granting Expedited Discovery; and Order to Show Cause
17　　　　　　　　　Why a Preliminary Injunction Should Not Be Granted And a
18　　　　　　　　　Permanent Receiver Should Not Be Appointed.

19

20　Dated: May 24, 2023

　　　　　　　　　　　　　　　　　　ALLEN MATKINS LECK GAMBLE
　　　　　　　　　　　　　　　　　　MALLORY & NATSIS LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　EDWARD G. FATES
　　　　　　　　　　　　　　　　　　Attorneys for Court-Appointed
　　　　　　　　　　　　　　　　　　Receiver KRISTA L. FREITAG